UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Gladys Smith

Case No.:    16-27618-VFP

Chapter:    7

Judge:    Vincent F. Papalia

**NOTICE OF PROPOSED ABANDONMENT**

Donald V. Biase, Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:    50 Walnut Street, Newark, NJ  07102

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on November 15, 2016 at 10:00 AM at the United States Bankruptcy Court in Courtroom no. 3B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

**Description and value of property:**

65 Brinkerhoff Terrace
Palisades Park, NJ - 07650-1140
$449,000

**Liens on property**:

$600,000

**Amount of equity claimed as exempt:**

$0.00

Objections must be served on, and requests for additional information directed to:
Donald V. Biase
110 Allen Road – Suite 304, Basking Ridge, NJ 07920
(973) 618-1008

Rev. 8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-27618-VFP
Gladys Smith                                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Oct 17, 2016
                              Form ID: pdf905          Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2016.
db              Gladys Smith,    65 Brinkerhoff Ter,    Palisades Park, NJ   07650-1140
aty            +Joshua I Goldman,    KML Law Group P.C.,    216 Haddon Ave.,    Ste. 406,
                 Westmont, NJ 08108-2812
516391328       Chase Card,    PO Box 15298,    Wilmington, DE   19850-5298
516391330       Hyundai Capital Americ,    4000 Macarthur Blvd Ste,    Newport Beach, CA   92660-2558
516391331       Hyundai Capital American,    4000 Macarthur Blvd,    Newport Beach, CA   92660-2558
516391332       Midland Funding,    Attn Pressler and Pressler,    7 Entin Rd,   Parsippany, NJ   07054-5020
516391333       Shellpoint Mortgage Servicing,    PO Box 740039,    Cincinnati, OH   45274-0039
516391334       Thd/Cbna,    PO Box 6497,    Sioux Falls, SD   57117-6497
516391335       Wells Fargo Bank NA,    14000 Commerce Pkwy Ste B,    Mount Laurel, NJ   08054-2242

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 17 2016 23:10:49     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 17 2016 23:10:48     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2016 23:07:06     Synchrony Bank,
                 c/o Recovery Mmgt. Sys.,    25 SE 2nd Ave., Ste. 1120,    Miami, FL   33131-1605
516391329       E-mail/Text: cio.bncmail@irs.gov Oct 17 2016 23:10:34     Department of the Treasury,
                 PO Box 9019,    Holtsville, NY   11742-9019
516397794       E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2016 23:07:29     Synchrony Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2016                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2016 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS, CWALT, INC., ALTERNATIVE LOAN TRUST 2007-OA9 MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2007-OA9 bnicholas@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS, CWALT, INC., ALTERNATIVE LOAN TRUST 2007-OA9 MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2007-OA9 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Donald V. Biase    dbiase4236@gmail.com, dvb@trustesolutions.net;pbellina@outlook.com
              Donald V. Biase    on behalf of Trustee Donald V. Biase dbiase4236@gmail.com,
               dvb@trustesolutions.net;pbellina@outlook.com
              Robert  Fonticoba    on behalf of Debtor Gladys  Smith fonticobalaw@gmail.com
                                                                                              TOTAL: 5